MARY E. VAN DIKE, Respondent, v. SEBASTIANO BARBARINO and CARMELA

* Affd., 265 N. Y. ——.

BARBARINO, Appellants.— Order denying defendants' motion to compel plaintiff to accept costs awarded by Appellate Division and for other relief affirmed, with twenty-five dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.